LOUIS P. DELL, ESQ. (SBN 164830)
LAW OFFICE OF LOUIS P. DELL
715 South Victory Blvd.
Burbank, CA 91502
(818) 478-2822 (Office)
(818) 436-5966 (Fax)
e-mail: ldell@louisdell.com

Attorney for Plaintiff,
CHRISTOPHER PHILLIPS

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PHILLIPS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>MCCARTHY, BURGESS & WOLFF, INC,<br>and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants.<br>_____ | CASE NO. 2:17-cv-02575<br><br>(to be related to<br>2:15-cv-05559-DMG-PLA)<br><br>NOTICE OF RELATED CASES<br><br>[LR 83-1.3] |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

In accordance with Local Rule 83.1.3, Plaintiff CHRISTOPHER PHILLIPS files this Notice of Related Cases. The instant case, *Phillips v. McCarthy, Burgess & Wolff, Inc*, 2:17-cv-02575, calls for a determination of the same or substantially identical questions of law and fact and, therefore, is likely to entail substantial duplication of labor, factual application, and legal analyses as in the prior case *Phillips v. Archstone Simi Valley LLC, et al.*, Case No. 2:15-cv-05559-DMG- PLA (Cal. Central District) (hereinafter, "Prior Case").

1. <u>These Cases Should Be Related Because They Arise from the Same or a Closely Related Transaction, Happening, or Event</u>

Both cases involve debt collection of back-rent, attorney fees, late fees, and other charges arising from the same unlawful detainers. The court in Prior Case has ruled on motions for judgment on the pleadings (doc126) and motions for summary judgment (doc174) which have determined the invalidity of the debt for purposes of debt collection under the Fair Debt Collection Practices Act.

2. <u>Interests of Judicial Economy, and Consistency, the Two Cases Should Be Related</u>

Identical legal issues are presented by these two cases and litigating them separately will create a substantial duplication of labor if heard by different judges. In the Prior Case, Judge Dolly Gee recently ruled on the invalidity of the debt which is the very issue presented in the instant case and she is already familiar with the law and the facts. Although a final judgment is pending in the Prior Action, having another judge become familiar with the issues, when Judge Gee already is, will result in a substantial and expensive duplication of labor, and could result in inconsistent rulings.

Accordingly, these are Related Cases for the purposes of Local Rule 83.1.3.

Dated: April 4, 2017                    LAW OFFICE OF LOUIS P. DELL

                                        */s/ Louis P. Dell*
                                        Louis P. Dell, Esq.
                                        Attorney for Plaintiff,
                                        CHRISTOPHER PHILLIPS