# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Christopher Phillips, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 2:17-cv-02575 SVW (RAOx) |
| McCarthy Burgess and Wolff, Inc., et al, | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES)** |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 16-05.

_4/7/17_
Date

Dolly M. Gee
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
Date

_____
United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _2:15-cv-05559 DMG (PLAx)_ and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _Oliver_ to Magistrate Judge _Abrams_.

On all documents subsequently filed in this case, please substitute the initials _DMG (PLAx)_ after the case number in place of the initials of the prior judge, so that the case number will read _2:17-cv-02575 DMG (PLAx)_. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] *Previous Judge*   [ ] *Statistics Clerk*

CV-34 (10/16)   ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (Related Cases)