LOUIS P. DELL, ESQ. (SBN 164830)
LAW OFFICE OF LOUIS P. DELL
715 South Victory Blvd.
Burbank, CA 91502
(818) 478-2822 (Office)
(818) 436-5966 (Fax)
e-mail: ldell@louisdell.com

Attorney for Plaintiff,
CHRISTOPHER PHILLIPS

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PHILLIPS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>MCCARTHY, BURGESS &<br>WOLFF, INC,<br>and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | CASE NO.<br>2:17-cv-025750-DMG-PLA<br><br>NOTICE OF SETTLEMENT |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Christopher Phillips and Defendant McCarthy, Burgess & Wolff, Inc. have agreed to settle all claims in this matter. A dismissal of the entire action will be filed once the settlement process is completed which is expected to take 30-days.

Dated: June 22, 2017    LAW OFFICE OF LOUIS P. DELL

　　　　　　　　　　　　　　　　*/s/ Louis P. Dell*
　　　　　　　　　　　　　　　　Louis P. Dell, Esq.
　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　CHRISTOPHER PHILLIPS