1  LOUIS P. DELL, ESQ. (SBN 164830)
   LAW OFFICE OF LOUIS P. DELL
2  715 South Victory Blvd.
   Burbank, CA 91502
3  (818) 478-2822 (Office)
   (818) 436-5966 (Fax)
4  e-mail: ldell@louisdell.com

5

6  Attorney for Plaintiff,
   CHRISTOPHER PHILLIPS

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PHILLIPS, | CASE NO. 2:17-cv-2575-DMG-PLA |
| Plaintiffs, | |
| vs. | STIPULATION RE DISMISSAL OF ENTIRE ACTION |
| MCCARTHY, BURGESS & WOLFF, INC, and DOES 1 to 10, inclusive, | [FRCP Rule 41(a)(1)(A)(ii)] |
| Defendants. | |

-1-

Stipulation re Dismissal of Entire Action

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Plaintiff Christopher Phillips and Defendant McCarthy, Burgess & Wolff, Inc., through their undersigned counsel, hereby stipulate that the above-identified action shall be dismissed in its entirety, with prejudice.  Each party to bear his/her/its own costs and attorney fees.

Dated: July 7, 2017      LAW OFFICE OF LOUIS P. DELL

*/s/ Louis P. Dell*
Louis P. Dell, Esq.
Attorney for Plaintiff,
CHRISTOPHER PHILLIPS

Dated: July 7, 2017      SOLOMON WARD SEIDENWURM & SMITH, LLP

*/s/ Leah S. Strickland*
Leah S. Strickland, Esq.
Attorney for Defendants,
MCCARTHY, BURGESS & WOLFF, INC.

## Signature Certification

    Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that all of other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

Dated: July 7, 2017      LAW OFFICE OF LOUIS P. DELL

*/s/ Louis P. Dell*
Louis P. Dell, Esq.
Attorney for Plaintiff,
CHRISTOPHER PHILLIPS